IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN THE MATTER OF:           :     MISCELLANEOUS
                            :
NICHOLAS PANARELLA, JR.     :     NO. 01-mc-0078

FILED
OCT 26 2016
LUCY V. CHIN, Interim Clerk
By _____ Dep. Clerk

## ORDER

**AND NOW**, this 24th day of October, 2016, it appearing that on July 21, 2004, respondent was suspended on consent from the practice of law in this court for a period of four (4) years, retroactive to July 10, 2001, and

it further appearing that on March 28, 2016, respondent moved for reinstatement to the bar of this court, and

it further appearing that on March 30, 2016, the aforesaid petition for reinstatement was referred to a committee of this court, composed of Judge John R. Padova, Judge Paul S. Diamond, and Judge Juan R. Sánchez, for the purposes of making a Report and Recommendation to the court as to whether respondent should be reinstated to the bar of this court, and

it further appearing that on September 20, 2016, the aforesaid committee of this court issued a Report and Recommendation, which recommended that the Court reinstate Nicholas Panarella, Jr., Esquire, and vacate three years and nine months of his suspension – leaving in place a ninety day suspension retroactive to July 11, 2001 (and expiring October 8, 2001), and

it further appearing that on October 17, 2016, the judges of this court approved the aforesaid Report and Recommendation, it is hereby,

**ORDERED** that this court's Order of July 21, 2004, is immediately **VACATED**, and, it is further

**ORDERED** that respondent is suspended from the practice of law in this court for a period of ninety days, retroactive to July 11, 2001, and it is further

**ORDERED** that Petitioner Nicholas Panarella, Jr., be reinstated to the bar of this Court.

BY THE COURT:

*Petrese B Tucker*

PETRESE B. TUCKER
Chief Judge

Copies mailed to:
N. Panarella
M. Hayes
N. Tinari
10-26-16